1 DELIA N. OCHOA (SBN No. 253217)
  GERALD KIM (SBN No. 216894)
2 COUNSEL
  SCREEN ACTORS GUILD, INC.
3 5757 Wilshire Blvd., 8th Floor
  Los Angeles, CA 90036-3600
4 Telephone: (323) 549-6490
  Facsimile: (323) 549-6624
5 dochoa@sag.org
  gkim@sag.org
6
  Attorney for Petitioner
  Screen Actors Guild, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD, INC., a non-profit corporation on behalf of Affected Performers,<br><br>Petitioner,<br><br>v.<br><br>Asphalt Quartet Productions,<br><br>Respondent. | Case No.: CV10 3211 GAF (JEMx)<br><br>[PROPOSED] JUDGMENT<br><br>Date:<br>Time:<br>Place:<br>Judge: |

21 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22     The regularly noticed Motion for Order Confirming Arbitration Award and
23 for Entry of Judgment in Conformity Therewith of Petitioner Screen Actors
24 Guild, Inc. came before the Court. Having considered all of the pleadings and
25 arguments submitted by the parties in connection with this motion, the pleadings
26 and papers on file, and any oral and/or documentary evidence presented at the time
27 of hearing:
28 ///

[PROPOSED] JUDGMENT
- 1 -

1  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment
2  be entered in this case as follows:
3   1.   The arbitration award in favor of Screen Actors Guild, Inc. and
4  against Asphalt Quartet Productions, SAG Case No. 2002-0229, dated May 1,
5  2006, is confirmed in all respects.
6   2.   Asphalt Quartet Productions is ordered to pay as follows:
7    (a)   To SAG on behalf of affected performers, **the sum of**
8        **$75,000**
9    (b)   To SAG for SAG's attorney's fees incurred in this action,
10       **the sum of $2,400.00**; and
11   (c)   To SAG for SAG's costs incurred in this action, **the sum of**
12       **$350.00**.
13  3. SAG is hereby granted an irrevocable assignment of any monies received
14  or to be received by Asphalt Quartet Productions from the worldwide exploitation,
15  distribution, exhibition, or other use of the theatrical picture known as "*Asphalt*
16  *Quartet*" aka "*Heist*" until the above sum(s) are paid in full.

Dated: June 10, 2010

_____
Judge of the United States District Court